PROB 12A
4/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

FILED
AUG 3 1 2005
IN THIS OFFICE
Clerk U S District Court
Greensboro N C
By _____

### Report of Offender Under Supervision

Name of Offender   CHARLES SESLEY                Case Number   1 99CR341-1

Name of Sentencing Judicial Officer   The Honorable Frank W Bullock, Jr

Date of Original Sentence     February 9, 1001

Original Offense    Bank robbery by force or violence in violation of 18 U S C § 2113(a)

Original Sentence   66 months, 3 years supervised release

April 13, 2005 Modification for Drug Testing was filed

Type of Supervision  Supervised Release        Date Supervision Commenced August 2, 2004
                                                Date Supervision Expires August 1, 2007

Assistant U S Attorney L Patrick Auld                     Defense Attorney William C Ingram

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision

### CONDITION VIOLATED

Restitution in the amount of $2,499 00
shall be paid in installments at the rate of
$75 00 per month until paid in full, with the
first payment due on October 2, 2004

### NATURE OF NONCOMPLIANCE

Mr Sesley failed to make monthly restitution payments as
instructed by the Court  Mr Has not made a payment since
April 19, 2005

U S Probation Officer Action

Mr Sesley experienced a financial set-back in May of 2005, when he spent time away from work
recovering from a hernia operation  During the recovery period, he generated no income and his monthly
bills were unpaid  Mr Sesley has since returned to work, repaid accumulated debt, arranged ways to
reduce his monthly expenses, and has voluntarily agreed to a payroll garnishment of $100 00  This
amount is $25 00 over the original court ordered amount

The probation officer recommends that Mr Sesley be permitted to participate in payroll garnishment which will guarantee his monthly payment to the victim  No other action is recommended at this time

Respectfully submitted

*Elizabeth A Rhodes*
Elizabeth A Rhodes
Sr U S Probation Officer

Approved by

*Dale R Cauble*                                              8.25.05
Dale R Cauble                                                Date
Supervising U S Probation Officer

---

[✓] The Court Adopts the Recommendation(s) of the Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

8-31-05
Date